1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11   GLEN WILSON,                          )    Civil No. 08cv2061-L(JMA)
                                           )
12                    Plaintiff,           )    **ORDER REJECTING PROPOSED**
                                           )    **PRETRIAL ORDER AND**
13   v.                                    )    **CONTINUING PRETRIAL**
                                           )    **CONFERENCE**
14   SEARS, ROEBUCK AND CO.,               )
                                           )
15                    Defendant.           )
                                           )
16   _____     )

17          In this disability discrimination action the parties lodged a proposed Pretrial Conference

18   Order pursuant to Civil Local Rule 16.1(f)(6).  For the reasons which follow, the proposed

19   pretrial order is **REJECTED** and the final pretrial conference is **CONTINUED**.

20          As required by Civil Local Rule 16.1(f)(6)(c), the proposed pretrial order includes two

21   sections, one for issues of fact and one for issues of law which remain to be litigated.  The

22   section for issues of fact includes duplications throughout.  Compare, for example, issues of fact

23   numbered 13 and 14, 15 and 18, and 16, 17, 20 and 38.  (Proposed Pretrial Conference Order at

24   5-7.)  Moreover the section does not appear to be organized in any logical fashion.  Finally, it is

25   not clear whether issues of fact 1 through 6 are undisputed or a presented as issues to be decided

26   at trial.  (*Id*. at 4.)

27          The section for issues of law includes several issues which are listed as issues of fact.  For

28   example, issues of law one through 5 are also listed as issues of fact.  (*Cf. id*. at 33-3with *id*. at 4-

                                                                              08cv2061

1  7.) Based on the foregoing, the proposed pretrial order, as drafted, does not define the issues for

2  trial in a useful manner and is therefore **REJECTED**.

3  Furthermore, based on the proposed pretrial order, Plaintiff intends to introduce 294

4  exhibits and Defendant intends to introduce 95.  The parties together intend to call more than 30

5  witnesses.  Given the issues which remain in this case (*see* Order filed March 28, 2011), this

6  appears excessive.

7  In light of the foregoing, the parties shall meet and confer in person to draft a new

8  proposed pretrial order and examine their proposed witness and exhibit lists with a view to

9  significantly paring them down.  With respect to the exhibits, the parties are also encouraged to

10  resolve any admissibility issues which may be susceptible to resolution ahead of time, such as,

11  for example, authenticity and business records exception.  In the revised exhibit list, the parties

12  shall not include multiple documents in the same exhibit; and they must follow Civil Local Rule

13  16.1(f)(6)(c)(VII).

14  Based on the foregoing, it is hereby **ORDERED** as follows:

15  1.  The proposed pretrial order dated June 30, 2011 is hereby **REJECTED**.

16  2.  The parties shall meet and confer in person to prepare a revised proposed pretrial order

17  in compliance with Civil Local Rule 16.1(f)(6)(c) and this order.

18  3.  No later than **August 8, 2011**, Plaintiff shall deliver to chambers three copies of a fully

19  executed revised proposed pretrial order.

20  4.  The final pretrial conference currently set on this court's calendar for July 11, 2011 at

21  11:00 a.m. is hereby **CONTINUED** to **August 15, 2011 at 11:00 a.m**.

22  **IT IS SO ORDERED**.

23  DATED:  July 6, 2011

24  _____
   M. James Lorenz
25  United States District Court Judge

   COPY TO:
26
   HON. JAN M. ADLER
27  UNITED STATES MAGISTRATE JUDGE

28  ALL PARTIES/COUNSEL